## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JUSTINE LEWNER, | ) | |
| Plaintiffs, | ) | **1:16-cv-05581** |
| | ) | |
| | ) | |
| WESTERN GOLF SHOP, INC. | ) | |
| d/b/a GOLFERS EDGE, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>JUDGMENT ORDER</u>

This Court hereby grants Plaintiff's Motion for Default Judgment against

Defendant Western Golf Shop Inc.  Judgment in entered in favor of Plaintiff Justine

Lewner and against Defendant Western Golf Shop Inc. in the total amount of $4,003.00.


Date:  July 21, 2016                    ENTERED:

_____

Sharon Johnson Coleman
United States District Court Judge